ORIGINAL

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 1 4 2018
at  11  o'clock and  15  min.  a  M.
SUE BEITIA, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  18-00056HG |
| HAI SOON SHIP MANAGEMENT PTE LTD. | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  06/14/2018

_____  pursuant to BOD Resolution
*Defendant's signature*
HAI SOON SHIP MGT. PTE LTD.

_____
*Signature of defendant's attorney*

GEORGE KONTAKIS
*Printed name of defendant's attorney*

_____
*Judge's signature*

HELEN GILLMOR, U.S. DISTRICT JUDGE
*Judge's printed name and title*